IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

DONNA HARABIN,

Defendant.

No. 13-CR-6126DGL

**INFORMATION**

**Violation:**
(18 U.S.C. § 1006)

## COUNT 1
### (False Statements, Acting Without Authority)

**The United States Attorney Charges:**

1. Beginning in or about January 2008, and continuing through in or about December 2008, in the Western District of New York, the defendant, DONNA HARABIN, an employee of Telco Federal Credit Union, the accounts of which were insured by the National Credit Union Administration Board, with intent to deceive an officer, auditor, examiner and agent of Telco Federal Credit Union, knowingly made a false entry in the reports of Telco Federal Credit Union in that the defendant changed the delinquency dates and falsified payment entries on various loan accounts when in truth and in fact the defendant knew that the various loan accounts were delinquent and in default.

**All in violation of Title 18, United States Code, Section 1006.**

DATED: Rochester, New York, September 18, 2013

WILLIAM J. HOCHUL, JR.
United States Attorney

BY:  _____
TIFFANY H. LEE
Assistant United States Attorney
United States Attorney's Office
100 State Street, Ste. 500
Rochester, New York  14614
585-263-6760
Tiffany.Lee@usdoj.gov